IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Orr, Victoria M

Printed: 10/30/07

Case Number: 07 B 13920
Judge: Hollis, Pamela S
Filed: 8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | HFC | Secured | 0.00 | 0.00 |
| 3. | Greenfield | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | HFC | Secured | 0.00 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 7. | American General Finance | Unsecured | 0.00 | 0.00 |
| 8. | Lighthouse Financial Group | Secured |  | No Claim Filed |
| 9. | Harlem Furniture | Unsecured |  | No Claim Filed |
| 10. | Washml/Prov | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Orr, Victoria M

Printed:  10/30/07

Case Number:  07 B 13920
Judge:  Hollis, Pamela S
Filed:  8/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_